# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00418-CV

### Christopher Jason Medina, Appellant

### v.

### Kimberley Annette Medina, Appellee

### FROM THE COUNTY COURT AT LAW NO. 2 OF WILLIAMSON COUNTY
### NO. 13-2405-FC4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Christopher Jason Medina filed what appears to be a notice of appeal complaining of the final protective order signed by the trial court on September 25, 2013. We sent appellant a letter inquiring as to how we might exercise jurisdiction over the appeal, and to date, he has not responded to our communications. Because the notice of appeal was filed far beyond any of the deadlines imposed by the rules of appellate procedure, *see* Tex. R. App. P. 26.1 (time to perfect appeal in civil case), we have no choice but to dismiss the appeal for want of jurisdiction, *see id.* R. 42.3(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed for Want of Jurisdiction

Filed: July 22, 2016